1 **WO**
2
3
4
5
6 # IN THE UNITED STATES DISTRICT COURT
7 # FOR THE DISTRICT OF ARIZONA
8

| Shavonne Aguilar, | No. CV-19-00728-PHX-JJT |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| T-Bird Southwest Restaurant Group LLC, *et al.*, | |
| Defendants. | |

At issue is Defendant Outback Steakhouse of Florida, LLC's Notice of Removal (Doc. 1, Notice of Removal). The Court has reviewed the Notice of Removal and finds that Defendant has not sufficiently alleged its claim that the Court has subject matter jurisdiction over this matter.

Federal courts may exercise removal jurisdiction over a case only if subject matter jurisdiction exists. 28 U.S.C. § 1441(a); *Valdez v. Allstate Ins. Co.*, 372 F.3d 1115, 1116 (9th Cir. 2004). The removing party bears the burden of providing a signed notice of removal that contains a short and plain statement of the grounds for removal. 28 U.S.C. § 1446(a). The removal statute also requires that "all defendants who have been properly joined and served must join in or consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A).

Here, Defendant has asserted diversity jurisdiction as the basis for removal. (Notice of Removal at 2.) Diversity jurisdiction exists in actions between citizens of different states where the amount in controversy exceeds $75,000, exclusive of interest and costs.

28 U.S.C. § 1332(a). For the purpose of determining diversity of citizenship, LLCs and partnerships are citizens of every state of which their owners/members are citizens. *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

In the Notice of Removal, Defendant has not identified every state of which the owners/members of each party LLC are citizens. As a result, the Court cannot determine if it has diversity jurisdiction over this matter. Moreover, Defendant has not stated that all Defendants that Plaintiff has joined and served in this action consent to the removal of the action.

IT IS THEREFORE ORDERED that Defendant Outback Steakhouse of Florida, LLC show cause in writing within seven days of the date of this Order why this case should not be remanded.

IT IS FURTHER ORDERED that if Defendant Outback Steakhouse of Florida, LLC fails to show cause in writing within seven days of the date of this Order, this case will be remanded without further notice.

Dated this 7th day of February, 2019.

Honorable John J. Tuchi
United States District Judge